No. 78–5956.  BROWN v. UNITED STATES, 440 U. S. 948;

No. 78–5984.  ISAACS ET UX. v. BOARD OF TRUSTEES OF TEMPLE UNIVERSITY ET AL., 440 U. S. 926;

No. 78–6008.  SHAW v. CARYL, 440 U. S. 938;

No. 78–6032.  ORONOZ v. UNITED STATES DISTRICT COURT FOR THE DISTRICT OF PUERTO RICO ET AL., 440 U. S. 944;

No. 78–6096.  WELCH v. CELEBREZZE, CHIEF JUSTICE, SUPREME COURT OF OHIO, 440 U. S. 956; and

No. 78–6103.  MILLER v. HUNT ET AL., 440 U. S. 938.  Petitions for rehearing denied.

No. 78–268.  GILLESPIE ET AL. v. SCHWARTZ ET AL., 439 U. S. 1034;

No. 78–361.  BOSTON HOSPITAL FOR WOMEN v. SCHWARTZ ET AL., 439 U. S. 1034;

No. 78–410.  LEE-HY PAVING CORP. ET AL. v. O'CONNOR, ADMINISTRATRIX, 439 U. S. 1034; and

No. 78–5499.  WILLIAMS v. UNITED STATES, 439 U. S. 969.  Motions for leave to file petitions for rehearing denied.

APRIL 23, 1979

No. 78–1374.  MARTIN v. BOARD OF COUNTY COMMISSIONERS OF LEE COUNTY, FLORIDA, ET AL.  Appeal from Sup. Ct. Fla. dismissed for want of substantial federal question.  MR. JUSTICE BRENNAN would note probable jurisdiction and set case for oral argument.

No. 78–6060.  ELAM v. VIRGINIA.  Appeal from Sup. Ct. Va. dismissed for want of jurisdiction.  Treating the papers whereon the appeal was taken as a petition for writ of certiorari, certiorari denied.

No. 78–97.  SEARS, ROEBUCK & CO. v. DAHM ET AL.  C. A. 7th Cir.  Certiorari granted, judgment vacated, and case remanded for further consideration in light of *Chrysler Corp.* v. *Brown, ante,* p. 281.